Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Facsimile:  (707) 526 - 0347
Telephone:  (707) 526 - 4250

Attorneys for Defendant County of Sonoma, (also sued as Sonoma County
   Probation Department, and Sonoma County Sheriff's Department

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

RICHARD J. STEPHENS, AKA RIK STEPHENS,

    Plaintiff,

vs.

COUNTY OF SONOMA, SONOMA COUNTY PROBATION DEPARTMENT, SONOMA COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

CASE NO. C 07-1131 PJH

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED by the undersigned as follows:

1. There is currently a Case Management Conference set in the above captioned matter for October 25, 2007 at 2:30 p.m.

2. The Settlement Conference initially scheduled for October 12, 2007, at 10:00 a.m. in the Honorable Magistrate Judge James' Chambers on the Fifteenth Floor of this court has been continued to October 26, 2007 at 10:00 a.m.

3. The parties to this action request that the Case Management Conference in this matter be continued to a date following the October 26, 2007 Settlement Conference.

IT IS SO STIPULATED:

LAW OFFICES OF HERBERT L. TERRIERI

By: _____
Herbert L. Terreri, Esq
Attorney for Plaintiff Richard Stephens

SENNEFF FREEMAN & BLUESTONE, LLP

By: _____
Bonnie A. Freeman
Attorneys for Defendants County of Sonoma

SENNEFF
FREEMAN
BLUESTONE

NO. C07-1131: STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CMC        1

## ORDER

**PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED THAT** the case management conference currently scheduled for October 25, 2007 at 2:30 p.m. shall be continued until November 29, 2007 at 2:30 p.m.

DATED: 10/17/07



IT IS SO ORDERED

Judge Phyllis J. Hamilton